3

RANDELL PARKER
CHAPTER 7 TRUSTEE
3820 Herring Road
Arvin, CA 93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Danny D. Speidel
Candace L. Speidel

            Debtor(s)

_____/

Case No: 11-12429-A
Chapter 7

RP-1

Date: July 20, 2011
Time: 1:30 p.m.
Place: 1300 18th Street, Suite A
       Bakersfield, CA
Judge: Whitney Rimel

## MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

Randell Parker, Chapter 7 Trustee in the above captioned case ("Trustee") respectfully moves the Court for an order authorizing sale of personal property of the estate. The Trustee seeks to sell the bankruptcy estate's interest a '94 Mazda, '01 Ford Escape (black), '01 Ford Escape (red), '98 VW Jetta, and '99 Crown Victoria to Danny D. and Candace L. Speidel for $9,500.00.

## JURISDICTION

1. Danny D. Speidel and Candace L. Speidel ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on March 1, 2011, and Randell Parker was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over the issues raised in this matter under the above referenced case, name and number pursuant to 28 U.S.C. §1334 and 157 and the general order of reference to Bankruptcy Courts.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (N).

4. Venue is properly in this Court pursuant to 28 U.S.C. §1409 (A) by virtue of this case pending before this Court.

5. The motion is made pursuant to 11 U.S.C. §363 (b), (d) and (f).

FACTUAL BACKGROUND/TERMS OF SALE

1. Danny D. Speidel and Candace L. Speidel ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on March 1, 2011, and Randell Parker was appointed Chapter 7 Trustee.

2. Trustee accepted debtors' offer of $9,500.00 for a '94 Mazda, '01 Ford Escape (black), '01 Ford Escape (red), '98 VW Jetta, and '99 Crown Victoria based on the Auctioneer's appraisal as follows:

| | |
|---|---|
| '94 Mazda | $ 1,250.00 |
| '01 Ford Escape (black) | $ 3,500.00 |
| '01 Ford Escape (red) | $ 3,000.00 |
| '98 Volkswagen Jetta | $ 2,500.00 |
| '98 Crown Victoria | $ 2,000.00 |
| Sub-Total | $12,250.00 |
| Less Debtors' exemption | $<2,725.00> |
| Total | $ 9,525.00 |

3. The Trustee considered the cost to take possession of the assets, costs associated with a public sale and the risk of receiving a lesser amount, in determining that the offer is fair.

4. Trustee is in possession of the proof of insurance on the vehicles, duplicate certificates of title and a deposit of $1,000.00

5. Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee prays that after appropriate Notice and Motion to be heard, that he be authorized to sell the above described '94 Mazda, '01 Ford Escape (black), '01 Ford Escape (red), '98 VW Jetta, and '99 Crown Victoria to Danny D. and Candace L. Speidel for $9,500.00.

**DATED: June 24, 2011**　　　　　　　　　　/s/ Randell Parker  
　　　　　　　　　　　　　　　　　　　　　Randell Parker  
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee  
　　　　　　　　　　　　　　　　　　　　　3820 Herring Road  
　　　　　　　　　　　　　　　　　　　　　Arvin, CA　93203